UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN BARNETT WOOD, )<br>    Plaintiff, )<br>v. )<br>           )<br>TOWN OF FALMOUTH, )<br>    Defendant. )<br>           ) | DOCKET NO.: 05 - 10752 - NMG |

## MOTION OF DEFENDANT FOR LEAVE
## TO EXTEND TIME WITHIN WHICH TO RESPOND
## TO PLAINTIFF'S COMPLAINT -- ASSENTED TO

Defendant Town of Falmouth hereby moves for leave to extend the time within which it must file an Answer or otherwise respond to Plaintiff's Complaint by an additional fourteen (20) days, up to and including **June 27, 2005**. As grounds therefor, Falmouth states that it requires the additional time period in order to prepare its response to Plaintiff's pleading, and that this enlargement of time will not unduly delay the proceedings in this matter, nor will it cause prejudice to Plaintiff. Moreover, Plaintiff's counsel kindly **ASSENTED TO** this Motion.

              The Defendant,
              TOWN OF FALMOUTH,
              By its attorneys,

              **PIERCE, DAVIS & PERRITANO, LLP**

              John J. Davis, BBO #115890
              Daniel G. Skrip, BBO #629784
              Ten Winthrop Square
              Boston, MA 02110
              (617) 350-0950

ASSENTED TO:

/s/ C.B. ___ (css)
Michael B. Newman, BBO #63222
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Dated: June 3, 2005

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 6-3-05.