AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The _____ District of _____ Massachusetts

Susan Barnett Wood

V.

Town of Falmouth

**SUMMONS IN A CIVIL ACTION**

# 05   10752 NMG

CASE NUMBER:

TO: (Name and address of Defendant)

Town of Falmouth
c/o Michael Palmer, Town Clerk
Main Floor, Town Hall
59 Town Hall Sq.
Falmouth, MA 02540

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael B. Newman
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

APR 14 2005
DATE

**Barnstable County Sheriff's Office**

I hereby certify and return that on **May 16, 2005 at 2:02 PM** I served a true and attested copy of Summons, Complaint, Civil Action Cover Sheet & Category Sheet, in hand to Laurie Clayton, agent able to accept civil process for the within named Defendant, Town of Falmouth, at the last and usual business address to wit: c/o Michael Palmer Town Clerk, 59 Town Hall Square, Falmouth, MA 02540.

Fee:        $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA  02644

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                    *Signature of Server*

                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.