**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**DOCKET NO. 05-10752-NMG**

|  |  |
|---|---|
| **SUSAN BARNETT WOOD,** | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| **TOWN OF FALMOUTH,** | ) |
| Defendant | ) |

**JOINT STATEMENT PURSUANT TO RULE 16.1**

I.  **Summary of Plaintiff's/Defendant's Position**

The plaintiff, an individual with a physical disability and who requires the use of a wheelchair or motorized scooter to move about, has brought this action concerning the sidewalks, crosswalks, ramps, and other areas of public access in the Town of Falmouth.  The plaintiff has alleged where many public pedestrian routes in Falmouth are inaccessible or unsafe, the defendant has violated Title II of the ADA, Section 504 of the Rehabilitation Act of 1973, the Massachusetts Equal Rights Law, M.G.L. c. 93, § 103 and Article CXIV of the Massachusetts Constitution.  The plaintiff intends to seek injunctive relief, requiring the defendant to make the relevant areas accessible and in compliance with law.

The defendant has denied the plaintiff's allegations that there are inaccessible or unsafe routes of public access in the Town of Falmouth.  The defendant further denies that it has violated Title II of the ADA, Section 504 of the Rehabilitation Act of 1973, the Massachusetts Equal Rights Law, or Article CXIV of the Massachusetts Constitution, and has called upon the plaintiff to prove such allegations.

II. **Dates for Proposed Discovery Plan**

    A. Fact Discovery to be completed by June 30, 2006.

    B. Expert Discovery

        1. Disclosure by Plaintiff of any expert by July 31, 2006.

        2. Discovery on Plaintiff's expert to be completed by 30 days thereafter (August 31, 2006).

        3. Disclosure by Defendant of any expert 30 days thereafter (September 30, 2006).

        4. Discovery on Defendant's expert to be completed by 30 days thereafter (October 31, 2006).

III. **Proposed Schedule for Filing of Motions**

    A. Deadline for filing motions to amend under Rule 15: March 15, 2006.

    B. Deadline for filing motions to dismiss under Rule 12: April 18, 2006.

    C. Deadline for filing motions for Summary Judgment under Rule 56: November 30, 2006.

    D. Deadline for filing of Pre-Trial motions: No later than fourteen (14) days prior to the date set for Final Pre-Trial Conference.

Respectfully submitted,

| On behalf of Plaintiff,<br>Susan Barnett Wood | On behalf of Defendant,<br>Town of Falmouth |
|---|---|
| **CLARK, HUNT & EMBRY** | **PIERCE, DAVIS & PERRITANO, LLP** |
| */s/ Michael B. Newman*<br>_____<br>Michael B. Newman (632222)<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 494-1920 | */s/ Daniel Skrip*<br>_____<br>Daniel Skrip (629784)<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |