UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10752-NMG

| | |
|---|---|
| SUSAN BARNETT WOOD,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TOWN OF FALMOUTH,<br>    Defendant | )<br>)<br>) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16 (D) (3)**

Pursuant to Local Rule 16.1 (D) (3), Susan Barnett Wood, and her counsel hereby certify that they have conferred with a view to establishing a budget for the cost of conducting this litigation and have also discussed resolution of the litigation through use of alternative dispute resolution programs.

 

_____
Susan Barnett Wood

Date: 02-06-06

CLARK, HUNT & EMBRY

_____
Michael B. Newman (632222)
55 Cambridge Parkway
Cambridge, MA 02142
Tel. (617) 494-1920
Date: