UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN BARNETT WOOD,
               Plaintiff,  )
v.  )
  )  DOCKET NO.: 05 - 10752 - NMG
TOWN OF FALMOUTH,  )
               Defendant.  )

## LOCAL RULE 16.1 CERTIFICATION

      The attorney of record for Defendant Town of Falmouth hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                   Robert L. Whritenour, Jr., Administrator
                                   Town of Falmouth


John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110-1257
(617) 350-0950


Dated:  January 25, 2006

I hereby certify that a copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 1-26-06

TOTAL P.02