UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN BARNETT WOOD,               )
                        Plaintiff,      )
                                  )
v.                                )
                                  )     DOCKET NO.: 05 - 10752 - NMG
                                  )
TOWN OF FALMOUTH,                 )
                        Defendant.    )
                                  )

**MOTION OF DEFENDANT FOR LEAVE
TO EXTEND DISCOVERY BY 90 DAYS – ASSENTED TO**

Defendant moves for leave to extend the current discovery deadlines by 90 days. As of now,

the following deadlines are alive:

| | | |
|---|---|---|
| Non-expert depositions | - | June 30, 2006 |
| Plaintiff expert designations | - | August 31, 2006 |
| Defendant expert designations | - | October 31, 2006 |
| Dispositive motions | - | November 30, 2006 |
| Jury Trial | - | March 5, 2007. |

As reasons therefore, Defendant states as follows:

1.    This matters involves a disabled resident of Falmouth and her contestations of various site around her home in Falmouth that she (and her expert) believe to be violations of the Americans with Disabilities Act ("ADA").

2.    Plaintiff's expert has identified over 40 alleged violations of the ADA. In an effort to resolve this matter, Defendant has worked steadfastly to review each of the expert's contestations to assess the practical and budgetary potential to address these issues and, in some instances, have begun to implement alterations. Defendant needs more time to assess the feasibility of non-monetary settlement given that the same will involve having to acquire and appropriate public money as well as schedule the work to be done.

3.    No party will be prejudiced by the allowance of this Motion. Even more, allowing more time will increase the likelihood that this matter will resolve short of trial.

4.    Plaintiff has kindly assented to this Motion.

**Wherefore**, Defendant seeks a 90-day extension for each of the five foregoing deadlines.

        The Defendant,
        TOWN OF FALMOUTH,
        By its attorneys,

        **PIERCE, DAVIS & PERRITANO, LLP**


        /s/ Daniel G. Skrip
        John J. Davis, BBO #115890
        Daniel G. Skrip, BBO #629784
        Ten Winthrop Square
        Boston, MA 02110
        (617) 350-0950

ASSENTED TO:

Plaintiff,
SUSAN BARNETT WOOD
By her attorneys,


/s/ Michael B. Newman
Michael B. Newman, BBO#63222
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920


Dated: June 28, 2006