UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10752-NMG

_____
                                   )
**SUSAN BARNETT WOOD,**            )
    **Plaintiff**     )
                                   )
v.                                 )
                                   )
**TOWN OF FALMOUTH,**              )
    **Defendant**     )
_____)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the plaintiff, Susan Barnett Wood, with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

*/s/ Young B. Han*
_____
Young B. Han (664126)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920