UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10752-NMG

| | |
|---|---|
| **SUSAN BARNETT WOOD,** | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| **TOWN OF FALMOUTH,** | ) |
| Defendant | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as counsel for the plaintiff, Susan Barnett Wood, with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ *Michael B. Newman*

_____
Michael B. Newman (632222)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920