UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Barnett Wood.,
        Plaintiff

v.                                                      Civil Action No. 05-10752-NMG

Town of Falmouth,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

      The Court having been advised by the parties that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

                                                                       By the Court,

                                                                       /S/ Craig J. Nicewicz

6/11/07                                                      _____
  Date                                                     Craig J. Nicewicz
                                                             Courtroom Clerk