UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN BARNETT WOOD,<br>     Plaintiff,<br>v.<br>TOWN OF FALMOUTH,<br>     Defendant. | )<br>)<br>)<br>) DOCKET NO.: 05 - 10752 - NMG<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action shall be dismissed with prejudice and without costs, waiving all rights of appeal.

| | |
|---|---|
| Plaintiff,<br>SUSAN BARNETT WOOD<br>By her attorneys,<br><br>**CLARK, HUNT & EMBRY**<br><br><br> /s/ Young Han<br>Young Han, BBO#664126<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 494-1920 | The Defendant,<br>TOWN OF FALMOUTH,<br>By its attorneys,<br><br>**PIERCE, DAVIS & PERRITANO, LLP**<br><br><br> /s/ Daniel G. Skrip<br>John J. Davis, BBO #115890<br>Daniel G. Skrip, BBO #629784<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

Dated: July 12, 2007

### CERTIFICATE OF SERVICE
I hereby certify that on this day I served a true copy
of this document upon plaintiff's attorney by mail.

| July 12, 2007 | /s/ Daniel G. Skrip |
|---|---|
| Date | Attorney Daniel G. Skrip |